| | | |
|---|---|---|
| 06/22/2020 | MONDAY | Judge Peter C McKittrick |

**3:00 PM** 20-30574 pcm 11  bk    **Rock Pond Acres, LLC**

**Oral Ruling re: Motion to Dismiss Case and Supporting Document(s). Reason: 11 USC 1112(b) warrants dismissal as the Debtor is in violation of the Controlled Substance Act under 21 USC 801-904 Filed by U.S. Trustee US Trustee, Portland (ARNOT, STEPHEN) (55)**

| | |
|---|---|
| Rock Pond Acres, LLC - db | SALLY LEISURE ˣ |
| US Trustee, Portland - ust | CHRISTIAN AVRAM TORIMINO ˣ |
| | Phyllis Brinkley - Debtor |
| | Travis Hall - Michael Vandewiele |

Evidentiary Hearing:    Yes: ☐    No: ☒

For reasons stated on the record, the case will be dismissed. Mr. Torimino to submit order.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY:

Run Date:    06/22/20

Case 20-30574-pcm11    Doc 79    Filed 06/22/20